# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NAOMI T. GRABOW  
1200 S. MAPLE  
FREEPORT, IL  61032

SSN-xxx-xx-6412

Case Number: 06-71731

Case filed on: 9/22/2006  
Plan Confirmed on: 3/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,580.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY MARK E ZALESKI | 2,500.00 | 2,500.00 | 973.40 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 973.40 | 0.00 |
| 003 | WELLS FARGO BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MERCHANT CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NAOMI T. GRABOW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CORNERSTONE CREDIT UNION | 4,153.32 | 4,153.32 | 755.30 | 245.70 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 2,881.28 | 453.25 | 453.25 | 0.00 |
|  | Total Secured | 7,034.60 | 4,606.57 | 1,208.55 | 245.70 |
| 001 | CORNERSTONE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AARONS LEASE AND SALES | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
| 005 | ACCOUNT RECOVERY SERVICES | 146.00 | 146.00 | 0.00 | 0.00 |
| 006 | AFFINITY CASH LOANS | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 806.73 | 806.73 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 809.44 | 809.44 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON | 800.00 | 800.00 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 389.46 | 389.46 | 0.00 | 0.00 |
| 015 | HEIGHTS FINANCE | 358.47 | 358.47 | 0.00 | 0.00 |
| 016 | MED HEALTH FINANCIAL SERVICES | 100.00 | 100.00 | 0.00 | 0.00 |
| 017 | MIDLAND CREDIT MANAGEMENT | 850.00 | 850.00 | 0.00 | 0.00 |
| 018 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 100.00 | 100.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 1,077.99 | 1,077.99 | 0.00 | 0.00 |
| 021 | ILLINOIS STUDENT ASSISTANCE COMM | 5,692.59 | 0.00 | 0.00 | 0.00 |
| 022 | SPRINT | 275.00 | 275.00 | 0.00 | 0.00 |
| 024 | CREDITORS BANKRUPTCY SERVICE | 347.54 | 347.54 | 0.00 | 0.00 |
| 026 | TRI STATE ADJUSTMENTS FREEPORT | 31.71 | 31.71 | 0.00 | 0.00 |
| 027 | AFNI/VERIZON | 300.00 | 300.00 | 0.00 | 0.00 |
| 030 | TRI STATE ADJUSTMENTS FREEPORT | 391.64 | 391.64 | 0.00 | 0.00 |
| 031 | FREEPORT HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ASPIRE VISA | 300.00 | 300.00 | 0.00 | 0.00 |
| 033 | NCO FINANCIAL SYSTEMS | 300.00 | 300.00 | 0.00 | 0.00 |
|  | Total Unsecured | 16,326.57 | 10,633.98 | 0.00 | 0.00 |
|  | Grand Total: | 25,861.17 | 17,740.55 | 2,181.95 | 245.70 |

Total Paid Claimant:    $2,427.65  
Trustee Allowance:      $152.35  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                    By  /s/Heather M. Fagan